HERMAN RAKOV, Appellant, *v.* BANKERS LIFE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.

*Rakov* v. *Bankers Life Ins. Co. of N. Y. City,* 176 App. Div. 918, affirmed.

(Argued February 4, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 22, 1917, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action upon a policy of life insurance. The defense was that the insured had falsely represented in her application for insurance that she had never been rejected for insurance by another company.

46

*John F. Nash* for appellant.

*C. V. Byrne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and MCLAUGHLIN, JJ.   Not voting: ANDREWS, J.